AO91 (Rev. 12/03)  Criminal Complaint                                                                                              AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                                    **CRIMINAL COMPLAINT**
                    vs.
                                                                Case Number: 1:19-po-2565
Juan Jose TAMAY-Bermejo
 A201 901 578  Ecuador

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   April 23, 2019   in   Cameron   County, in the   Southern District Of Texas   defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on April 23, 2019. The defendant is a citizen of Ecuador who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on April 23, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Ramirez3, Jesus M.  Border Patrol Agent
Signature of Complainant

Ramirez3, Jesus M.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 25, 2019                                                             at      Brownsville, Texas
Date                                                                              City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                  Title of Judge                                     Signature of Judge